# In the United States Court of Federal Claims



No. 02-1031L

**NORTHWEST LOUISIANA FISH
& GAME PRESERVE COMMISSION,**

**JUDGMENT**

v.

**THE UNITED STATES**

Pursuant to the court's order, filed April 23, 2010,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint is dismissed, with prejudice. Each party to bear their own costs.

                                          Hazel C. Keahey
                                          Clerk of Court

April 23, 2010                  By:

                                          Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.